FILED 27 MAR '13 15:22 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:13-cr-00142-KI |
| V. | **INDICTMENT** |
| BRITTA T. DUNCAN | 29 U.S.C § 501(c) <br> 29 U.S.C § 439(a) <br> 29 U.S.C § 439(c) <br> **Forfeiture Allegation** |

### THE GRAND JURY CHARGES:
### Count 1:
### [Embezzlement and Theft of Labor Union Assets]

At all times relevant to this Indictment:

**General Allegations**

 1. The International Longshore and Warehouse Union is a labor organization headquartered in San Francisco, California.

/ / /

2. Local Union 5 (LU 5) of the International Longshore and Warehouse Union (ILWU) is a labor organization headquartered in Portland, Oregon, representing retail and allied warehouse workers including employees of Powell's Bookstore.

3. ILWU LU 5 is a "labor organization" engaged in industries and activities affecting commerce within the meaning of the Labor Management Reporting and Disclosure Act ("LMRDA"), Title 29, United States Code, Sections 402(i) and (j), and is subject to the provisions of the LMRDA governing "labor organizations."

4. The defendant, **BRITTA T. DUNCAN**, was a Powell's Bookstore employee and the elected Secretary-Treasurer of ILWU LU 5.

5. As the Secretary-Treasurer for ILWU LU 5, the defendant, **BRITTA T. DUNCAN,** was responsible for receiving and documenting all money received by ILWU LU 5, for the paying of all ILWU LU 5 bills, for maintaining ILWU LU 5's financial books and records, and for complying with financial reporting requirements on behalf of ILWU LU 5.

6. As the Secretary-Treasurer for ILWU LU 5, the defendant, **BRITTA T. DUNCAN,** was the primary signatory on all ILWU LU 5 bank accounts, including the general checking account and the payroll account.

7. From on or about September 18, 2009 and continuing through on or about April 7, 2011, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** did embezzle, steal and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of ILWU LU 5, in the approximate amount of $28,433.35 by transferring funds from ILWU LU 5 checking accounts to her personal checking account, in violation of Title 29, United States Code, Section 501(c).

/ / /

## Count 2:
## [Embezzlement and Theft of Labor Union Assets]

1. The allegations in paragraphs 1 through 6 of Count 1 are incorporated herein.

2. From on or about October 1, 2009 and continuing through on or about May 31, 2011, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** did embezzle, steal and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of ILWU LU 5, in the approximate amount of $3,430.08 by claiming and receiving unauthorized paid sick leave, in violation of Title 29, United States Code, Section 501(c).

## Count 3:
## [Embezzlement and Theft of Labor Union Assets]

1. The allegations in paragraphs 1 through 6 of Count 1 are incorporated herein.

2. From on or about January 1, 2010 and continuing through on or about June 30, 2011, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** did embezzle, steal and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of ILWU LU 5, in the approximate amount of $440.14 by claiming and receiving unauthorized paid vacation hours, in violation of Title 29, United States Code, Section 501(c).

## Count 4:
## [Embezzlement and Theft of Labor Union Assets]

1. The allegations in paragraphs 1 through 6 of Count 1 are incorporated herein.

2. From on or about September 1, 2009 and continuing through on or about June 30, 2011, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** did embezzle, steal and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of ILWU LU 5, in the approximate amount of $1,708.79 by claiming and receiving

unauthorized salary and miscellaneous payments, in violation of Title 29, United States Code, Section 501(c).

## Count 5:
### [Embezzlement and Theft of Labor Union Assets]

1. The allegations in paragraphs 1 through 6 of Count 1 are incorporated herein.

2. From on or about November 12, 2009 and continuing through on or about March 9, 2010, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** did embezzle, steal and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of ILWU LU 5, in the approximate amount of $5,000.00 by authoring and cashing ILWU LU 5 checks for her personal use, in violation of Title 29, United States Code, Section 501(c).

## Count 6:
### [Embezzlement and Theft of Labor Union Assets]

1. The allegations in paragraphs 1 through 6 of Count 1 are incorporated herein.

2. From on or about March 16, 2010 and continuing through on or about May 16, 2011, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** did embezzle, steal and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of ILWU LU 5, in the approximate amount of $3,373.15 by purchasing items and services with the ILWU LU 5 debit card for her personal use, in violation of Title 29, United States Code, Section 501(c).

## Count 7:
### [Embezzlement and Theft of Labor Union Assets]

1. The allegations in paragraphs 1 through 6 of Count 1 are incorporated herein.

2. From on or about January 15, 2009 and continuing through on or about May 31, 2011, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** did embezzle, steal and willfully

abstract and convert to her own use, the moneys, funds, securities, property, and other assets of ILWU LU 5, in the approximate amount of $2,151.46 by submitting claims for reimbursement for items that were for her personal use and not for ILWU LU 5 related business or expenses, in violation of Title 29, United States Code, Section 501(c).

## Count 8:
### [Falsification of Financial Records Required to be Kept by Labor Unions]

1. The allegations in paragraphs 1 through 6 of Count 1 are incorporated herein.

2. On or about September 15, 2010, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** did make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, the official original bank statement for the ILWU LU 5 Albina Community Bank account (xxx6901), a record on matters required to be reported in the annual report of ILWU LU 5 which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending on December 31, 2010, in violation of Title 29, United States Code, Section 439(c).

## Count 9:
### [Falsification of Financial Records Required to be Kept by Labor Unions]

1. The allegations in paragraphs 1 through 6 of Count 1 are incorporated herein.

2. On or about February 15, 2011, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** did make a false entry in a record required to be kept by Section 436 of Title 29, United States Code, that is, the official original bank statement for the ILWU LU 5 Albina Community Bank account (xxx3270), a record on matters required to be reported in the annual report of ILWU LU 5 which was required to be filed with the Secretary of Labor for such labor organization's fiscal year ending on December 31, 2011, in violation of Title 29, United States Code, Section 439(c).

## Count 10:
### [Failure to File Required Reports]

1. The allegations in paragraphs 1 through 6 of Count 1 are incorporated herein.

2. From on or about January 1, 2010 and continuing through on or about May 31, 2011, in the District of Oregon, the defendant, **BRITTA T. DUNCAN,** willfully failed to file annual financial reports required to be filed by ILWU LU 5 under Title 29, United States Code, Section 431, that is, LM-3 reports for ILWU LU 5 required to be filed with the Secretary of Labor for ILWU LU 5 fiscal years 2009 and 2010, in violation of Title 29, United States Code, Section 439(a).

### Forfeiture Allegation:

Upon conviction of one or more of the offenses alleged in Counts 1 – 7 of this Indictment, defendant **BRITTA T. DUNCAN** shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations, including but not limited to the following:

**Money Judgment**: A sum of money equal to $44,554.11 [handwritten: 36.97 / 4CB / 5-27-13] in United States currency, representing the amount of proceeds obtained as a result of embezzlement and theft of labor union assets.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

DATED this 27th day of March 2013.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

*/s/ Donna Maddux*

DONNA MADDUX, OSB #023757
Assistant United States Attorney